371 A.2d 859
Commonwealth v. Lindo, Appellant.

Submitted December 30, 1975. Miguel A. Leon, for appellant; Laurence H. Brown, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

371 A.2d 859
Commonwealth v. Lloyd, Appellant.

Submitted June 14, 1976. John Krisa, Assistant Public Defender, for appellant; Howard M. Spizer, Assistant District Attorney, and Paul R. Mazzoni, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.